IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OMAR BISHOP,
          Petitioner,

    v.

SCI CAMPHILL, et al.
          Respondents,

FILED

SEP 18 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

CIVIL ACTION

NO.  14-3013

ORDER

JEFFREY L. SCHMEHL, J.

    AND NOW, this _18th_ day of _Sept._ , 2014, upon careful and independent

consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and

Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.     The Report and Recommendation is APPROVED and ADOPTED.

    ii.    The petition for Writ of *Habeas Corpus* is DISMISSED without prejudice.

    iii.   There is no probable cause to issue a certificate of appealability.

    iv.   The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

JEFFREY L. SCHMEHL, J.

ENTERED

SEP 1 9 2014

CLERK OF COURT